No. 584. CALIFORNIA v. STEWART. Sup. Ct. Cal. (Certiorari granted, *ante*, p. 937.) Motion of respondent for the appointment of counsel granted, and it is ordered that *William A. Norris, Esquire,* of Los Angeles, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the respondent in this case.

No. 183, Misc. ARANDA v. CALIFORNIA;

No. 618, Misc. SANTOS v. WILSON;

No. 661, Misc. COLE v. RUSSELL, CORRECTIONAL SUPERINTENDENT; and

No. 684, Misc. THOMPSON v. MACIEISKI, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 93, Misc. STANLEY v. FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General, for respondent.

No. 100, Misc. BOAN v. IDAHO. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Allan G. Shepard,* Attorney General of Idaho, and *Thomas G. Nelson,* Deputy Attorney General, for respondent.

No. 174, Misc. MAISONAVE v. FLORIDA;

No. 207, Misc. WESTMORE v. FLORIDA; and

No. 825, Misc. SMITH v. FLORIDA. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.